AndersFailure to direct a verdict

THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Albert Simmons, Appellant.
 
 
 

Appeal From Aiken County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2006-UP-148
Submitted March 1, 2006  Filed March 13, 2006   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

 PER CURIAM:  Albert Simmons was convicted of assaulting a police officer while resisting arrest, and he was sentenced to ten years, suspended on service of seven months, with four years probation.  The issue briefed by appellate counsel concerns the trial courts denial of Simmons motion for directed verdict.  Simmons counsel has petitioned to be relieved as counsel, stating that she has reviewed the record and has concluded the appeal is without merit.  Simmons has not filed a separate pro se brief.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E..2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur.

[1]               We decide this case without oral argument pursuant to Rule 215, SCACR.